UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Lawrence Johnson and Dorothy Johnson, | ) <br> ) <br> ) |
| Plaintiffs, | ) 1:10-cv-02945-MBS <br> ) |
| v. | ) <br> ) |
| Calvary Portfolio Services, LLC, | ) <br> ) <br> ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

**COMES NOW** the Plaintiff, by and through counsel, Penny Hays Cauley, and hereby dismisses this case with prejudice as all matters in controversy have been resolved.

Respectfully submitted,

HAYS CAULEY, P.C.

/s/ Penny Hays Cauley
Penny Hays Cauley, Fed. ID No. 10323
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff

January 13, 2011